**Pennsylvania Rules of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges**

**—The following text is entirely new—**

**Rule 242.     Citation of Authorities.**

Citation of authorities in matters subject to these rules shall be in accordance with Pa.R.A.P. 126.

**Comment:**  See also 210 Pa. Code § 65.37 and *Wenk v. State Farm Fire and Casualty Co.*, 228 A.3d 540, 552 n.11 (Pa. Super. 2020) for citing to non-precedential decisions of the Superior Court; and Pa.R.A.P. 3716 and 210 Pa. Code § 69.414 for citing to non-precedential decisions of the Commonwealth Court.